IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                                       **PLAINTIFF**
**ADC #149998**

v.                      **CASE NO. 2:22-CV-00111-BSM**

**LEVY WATSON,** *et al.*                                                       **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 6] is adopted, and Jarell Terry's amended complaint [Doc. No. 5] is dismissed without prejudice. It is recommended that this dismissal count as a strike for purposes of 28 U.S.C. section 1915(g). An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 25th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE