IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JARELL D. TERRY**                                                           **PLAINTIFF**
**ADC #149998**

**v.**                                    **CASE NO. 2:22-CV-00111-BSM**

**LEVY WATSON,** *et al.*                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 25th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE